# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| XIAOYE BAI,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN OF ELY STATE PRISON, et al.,<br><br>    Respondents. | No. CV 18-06486-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Petition (Dkt. 1), Respondent's Motion to Dismiss the Petition (Dkt. 11), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15). No party filed any timely objections to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Respondent's Motion to Dismiss (Dkt. 11) is GRANTED; and

2. Judgment shall be entered dismissing this action without prejudice for failure to exhaust state remedies.

Dated: March 28, 2019

_____
JESUS G. BERNAL
United States District Judge