JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XIAOYE BAI,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF ELY STATE PRISON, et al.,<br><br>    Respondents. | No. CV 18-06486-ODW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to exhaust state remedies.

Dated: March 28, 2019

_____
JESUS G. BERNAL
United States District Judge